IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No.: 14-14402 |
|    Kimberly Poole ) | Chapter 13 |
| ) | |
|    Debtor(s) ) | Judge Barnes |
| ) | |

## NOTICE OF MOTION

TO:
Via Mail:

See attached service list

**PLEASE TAKE NOTICE** that on **9/22/2014 at 10:30am**, I shall appear before Honorable Judge Barnes in 219 S. Dearborn, room 613 Chicago, IL, or any judge presiding and then and there present Application for Compensation.

By: /s/ Ernesto D. Borges, Jr.
     Ernesto D. Borges, Jr.

## CERTIFICATE OF SERVICE

Ernesto D. Borges, Jr., an attorney, certifies that he caused to be served a copy of this notice and the attached motion upon the parties named above, and the parties listed on the attached service list, by placing same in an envelope addressed as indicated above and depositing it in the U.S. Mail, postage pre-paid, on August 26, 2014, before the hours of 5:30 P.M. at 105 W. Madison St., Chicago, IL 60602.

By: /s/ Ernesto D. Borges, Jr.
     Ernesto D. Borges, Jr

Ernesto D. Borges, Jr., Esq. #6189298
Ernesto D. Borges, Jr., PC
105 W. Madison #2300
Chicago, IL 60602
(312) 853-0200

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-14402<br>Northern District of Illinois<br>Chicago<br>Tue Aug 26 10:44:46 CDT 2014 | Prestige Financial Services<br>PO Box 26707<br>Salt Lake City, UT 84126-0707 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Abc Credit & Recovery<br>4736 Main St Apt #<br>Lisle, IL 60532-1753 | Assistant Attorney General<br>Tax Division<br>P.O. Box 55 Ben Franklin Station<br>Washington, DC 20044-0055 | Cb Accts Inc<br>124 Sw Adams St. Suite 215<br>Peoria, IL 61602-2321 |
| Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | City of Chicago Department of Revenue<br>c/o Arnold Scott Harris PC<br>111 W Jackson Ste 600<br>Chicago, IL 60604-3517 | ComEd<br>3 Lincoln Center<br>Attn: Bkcy Group-Claims Department<br>Oakbrook Terrace, IL 60181-4204 |
| Creditors Collection B<br>Pob 63<br>Kankakee, IL 60901-0063 | Department of the Treasury<br>Internal Revenue Service<br>Pob 7346<br>Philadelphia, PA 19101-7346 | Diversifd Co<br>Attention: Bankruptcy<br>900 South Highway Road - Suite 210<br>Fenton, MO 63026-2042 |
| Heritage Acceptance Corp<br>121 S Main Street<br>Elkhart, IN 46516-3123 | IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul, MN 55164-0378 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| Internal Revenue Serivce<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Official Bankruptcy Address<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| Jose Ojeda - Ojeda Properties<br>3045 Jackson Ave<br>Chicago Heights, IL 60411-5432 | Jvdb Asc<br>P O Box 5718<br>Elgin, IL 60121-5718 | Mcsi Inc<br>Po Box 327<br>Palos Heights, IL 60463-0327 |
| Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606-6974 | Midwest Title Loans<br>3440 Preston Ridge Rd Suite 500<br>Alpharetta, GA 30005-3823 | Midwest Title Loans<br>678 W 14th Pl<br>Chicago Heights, IL 60411 |
| Nicor Gas<br>Attn: Bankruptcy & Collections<br>PO Box 549<br>Aurora, IL 60507-0549 | Paul D. Lawent<br>P.O. Box 5718<br>Elgin, IL 60121-5718 | Prestige Financial Svc<br>Attn: Bankruptcy Department<br>Po Box 26707<br>Salt Lake City, UT 84126-0707 |
| Regional Recovery Serv<br>5250 S Homan Ave<br>Hammond, IN 46320 | Southwest Credit Syste<br>4120 International Parkway Suite 1100<br>Carrollton, TX 75007-1958 | State of Illinois Dept. of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 |

```
Charles H Shepard                  Jason P Allain                         Kimberly Poole
Law Offices of Ernesto D. Borges   Law Offices of Ernesto Borges          305 Miami
105 W. Madison, 23rd Floor         105 W. Madison                         Park Forest, IL 60466-1915
Chicago, IL 60602-4647             23rd Floor
                                   Chicago, IL 60602-4647


Marilyn O Marshall                 Patrick S Layng                        Tyree V Wright
224 South Michigan Ste 800         Office of the U.S. Trustee, Region 11  Law Offices of Ernesto D. Borges, Jr.
Chicago, IL 60604-2503             219 S Dearborn St                      105 W Madison
                                   Room 873                               23rd Floor
                                   Chicago, IL 60604-2027                 Chicago, IL 60602-4647
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service           End of Label Matrix
Mail Stop 5010 CHI                 Mailable recipients    35
230 S. Dearborn St.                Bypassed recipients     0
Chicago, IL 60604                  Total                  35
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: Kimberly Poole ) Case No 14-14402
) Hearing Date:.
Debtor(s). ) Judge Barnes

## ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)
(Use for cases filed on and after 8/21/2012)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. §330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**
The attorney and the debtor(s) ☒ have ☐ have not entered into the Court-Approved Retention Agreement.

**Attorney Certification:**
The attorney hereby certifies that:
1. All disclosures required by General Order 11-2 have been made, and
2. If a Flat Fee is requested, the attorney and the debtor have not entered into any agreements that provide for the attorney to receive (a) any kind of compensation, reimbursement, or other payment or (b) any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement.

**Compensation for services previously awarded in this case:**
☒ None ☐ a total of $____, pursuant to order(s) entered on the following dates: _____

**Compensation for services now sought in this case:**
$ 3500.00 flat fee for services through case closing
$ ____ for itemized services (itemization attached).

**Reimbursement now sought for expenses advanced by the attorney:**
$ ____ for filing fee paid by the attorney with the attorney's funds
$ ____ for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization attached)
$ ____ Total reimbursement for expenses requested.

Additional expenses incurred in the case for which the attorney is not seeking reimbursement (either paid by the debtor(s) directly or paid by the attorney with funds provided by the debtor(s)):
$ 281.00 for filing fee
$ 43.00 for other expenses, itemized as follows:
  $ 23.00 Describe expenses: Credit Report
  $ 20.00 Describe expenses: Copies
  (add more lines if needed)

$ 324.00 Total non-reimbursable expenses pre-paid by the debtor (this amount not to appear on fee order).

**Funds received from debtor for services and expense advanced by the attorney:**
☐ None
$ 200.00 for services
$ ____ for expenses advanced by the attorney

**Itemization of time:** ☒ Not Submitted ☐ Attached to this application.

Date of Application: August 25, 2014   Attorney's signature: /s/ Ernesto D. Borges, Jr.

Ernesto D. Borges, Jr #6189298
**The Law Offices of Ernesto D. Borges, Jr., PC**
105 W. Madison
23rd Floor
Chicago, IL 60602
312-853-0200

B9I (Official Form 9I) (Chapter 13 Case) (12/12)          Case Number **14-14402**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*

The debtor(s) listed below filed a chapter 13 bankruptcy case on 4/17/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors — Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kimberly Poole
305 Miami
Park Forest, IL 60466

| | |
|---|---|
| Case Number: 14-14402<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx-xx-7139 |
| Attorney for Debtor(s) (name and address):<br>Tyree V Wright<br>Law Offices of Ernesto D. Borges, Jr.<br>105 W Madison<br>23rd Floor<br>Chicago, IL 60602<br>Telephone number: 312 853-0200 | Bankruptcy Trustee (name and address):<br>Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604<br>Telephone number: 312-431-1300 |

## Meeting of Creditors:
Date: **June 12, 2014**      Time: **02:00 PM**
Location: **224 South Michigan, Suite 800, Chicago, IL 60604**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **9/10/14**    For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **10/14/14**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:
Date: **July 7, 2014**, Time: **10:30 AM**, Location: **219 South Dearborn, Courtroom 613, Chicago, IL 60604**
**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 3500.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/11/14**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1-866-222-8029 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: April 18, 2014 |